UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JEREMY LADON BUSBY, # 00881193,** § § **Plaintiff,** § § **v.** § § **BOBBY LUMPKIN, Director of** § **TDCJ-CID,** § § **Defendant.** § | **SA-23-CV-01102-FB** |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Jeremy Ladon Busby's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure for failure to prosecute and failure to respond to the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Busby's Section 1983 claims against Defendant, Bobby Lumpkin, Director of TDCJ-CID, are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to respond to the Court's Order.

SIGNED this 8th day of December, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE